NUMBER
13-10-00540-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JESUS
CHAVIRA MENDEZ,                                                        Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                        On
appeal from the Criminal District Court

                                     of
Jefferson County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

    Before
Chief Justice Valdez and Justices Rodriguez and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
Jesus Chavira Mendez, by and through his attorney, has filed an amended motion
to withdraw his appeal because he no longer desires to prosecute it.  See
Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the amended motion to withdraw the
appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the
appeal.  Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  

See Tex. R. App. P.
47.2(b).  

Delivered and filed the

24th day of February, 2011.